O, JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MILLSTEIN, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; NORTH COUNTY CORRECTIONAL FACILITY and DOES 1-100,<br><br>Defendant. | Case No.: 2:21-cv-02623-MEMF-GJS<br><br>**ORDER GRANTING STIPULATION TO SET STATUS CONFERENCE RE: SETTLEMENT IN SIX MONTHS AND TO TAKE OFF CALENDAR OR CONTINUE THE TRIAL DATE AND REMAINING PRE-TRIAL DEADLINES [ECF NO. 93]** |

On May 17, 2024, the Parties filed their Stipulation to Set Status Conference re: Settlement in Six Months and to Take Off Calendar or Continue the Trial Date and Remaining Pre-Trial Deadlines (the "Stipulation"). ECF No. 93.

In light of the parties' stipulation re settlement indicating that the parties have reached a tentative settlement, this action is placed in inactive status. By six months from the entry of this order, the parties shall file either (1) a stipulation and proposed order for dismissal of the action or judgment, (2) a motion to reopen if settlement has not been consummated, or (3) a joint status report from which the Court will determine if a status conference is required. Upon the failure to timely comply with this Order, this action shall be deemed dismissed.

///

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All pretrial and trial dates are hereby VACATED.

IT IS SO ORDERED.

Dated: May 29, 2024

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge