UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MILLSTEIN, individually and on behalf of other persons similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>COUNTY OF LOS ANGELES; NORTH COUNTY CORRECTIONAL FACILITY and DOES 1-100,<br><br>　　　　　　Defendant. | Case No.: 2:21-cv-02623-MEMF-GJS<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF CONDITIONAL SETTLEMENT AGREEMENT [ECF NO. 96]** |

On December 2, 2024 Plaintiffs Lauren Millstein, Wilson Aguilera, Ernest Amoh, Karrie Creason, Scotty Deaton, Nicholas Emanuel, Andrew Felts, Caleb Hart, Chad Landers, Sarah Lopez, Cynthia Martinez, Natalia Meraz, Patrice Muinos, Sonia Perez, Nadia Tenorio De Ramos, Saira Valles, Dayna Vargas ("Plaintiffs") and Defendant County of Los Angeles ("County") (collectively "Parties") filed their Joint Motion for Approval of Conditional Settlement Agreement.

12677647.1 LO140-586

The Parties moved for an order from the Court granting approval of the Parties' conditional Settlement Agreement.

The Court, having considered the Parties' Joint Motion for Approval of Conditional Settlement Agreement and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. The Parties' conditional Settlement Agreement is approved by the Court.

IT IS SO ORDERED.

Dated: January 6, 2025   _____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

12677647.1 LO140-586