UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MILLSTEIN, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; NORTH COUNTY CORRECTIONAL FACILITY and DOES 1-100,<br><br>Defendant. | Case No.: 2:21-cv-02623-MEMF-GJS<br><br>**ORDER RE: STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

On August 22, 2025, Plaintiffs Lauren Millstein, Wilson Aguilera, Ernest Amoh, Karrie Creason, Scotty Deaton, Nicholas Emanuel, Andrew Felts, Caleb Hart, Chad Landers, Sarah Lopez, Cynthia Martinez, Natalia Meraz, Patrice Muinos, Sonia Perez, Nadia Tenorio De Ramos, Saira Valles, Dayna Vargas ("Plaintiffs") and Defendant County of Los Angeles (collectively "Parties") filed their Stipulation and request for dismissal of the entire action with prejudice.

The Court has considered the Parties' Stipulation and request for dismissal with prejudice, and hereby grants the request and ORDERS as follows:

1. Case No. 2:21-cv-02623-MEMF-GJS is **DISMISSED WITH PREJUDICE** in its entirety.

1

2. The Clerk of the Court is directed to enter a dismissal of the entire action with prejudice.

**IT IS SO ORDERED.**

Dated: August 27, 2025

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge